**Order entered January 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01065-CV

**JIM PRUITT AND KENDA CULPEPPER, Appellant**

**V.**

**ROCKWALL CENTRAL APPRAISAL DISTRICT APPRAISAL REVIEW BOARD,**
**Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-1239**

## ORDER

Before the Court are appellants' January 28, 2019 motion for extension of time to file brief and appellee's response. We **GRANT** the motion and **ORDER** the brief be filed no later than March 28, 2019. We caution that further extension requests will be disfavored.


/s/      BILL WHITEHILL
         JUSTICE